IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. CLYDE,<br>LOUIE GOHMERT, and<br>LLOYD SMUCKER,<br><br>    Individually, and in their Official Capacities<br>    as Members of the U.S. House of<br>    Representatives,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM J. WALKER, and<br>CATHERINE SZPINDOR,<br><br>    Defendants. | Case No.: 1:21-cv-1605-CJK |

**PLAINTIFFS' REQUEST FOR HEARING**

Plaintiffs, Congressman Andrew S. Clyde, Congressman Louie Gohmert, and Congressman Lloyd Smucker, individually and in their official capacities as Members of the U.S. House of Representatives, respectfully request that Defendants' Motion to Dismiss be set for hearing in order to expedite a determination of this matter's merits.

Reasons to set this matter for hearing include the House of Representative's ongoing violation of the 27th Amendment by deducting fines directly from Member salaries. Such deductions are particularly relevant to Plaintiff Gohmert, whose livelihood consists exclusively of his congressional salary, while living in his home district in Texas, but absorbing the costs of frequently having to be present in Washington, D.C. to perform his role as a Congressman. Additionally, although Plaintiffs did not seek emergency injunctive relief when filing this suit, their Amended Complaint does expressly request that the Defendants be enjoined from continuing to implement the unconstitutional measures enacted by the majority party in Congress. Relief is

required from these measures in order that Congress's affairs be conducted consonant with the Constitution's protections of independent, uncoerced representation of American voters.

Respectfully submitted
CONGRESSMAN ANDREW S. CLYDE
CONGRESSMAN LOUIS GOHMERT
CONGRESSMAN LLOYD SMUCKER


_____/s/_____
By Counsel
Earl "Trey" Mayfield, D.C. Bar # 459998
tmayfield@jurisday.com
Juris Day, PLLC
10521 Judicial Dr., #200
Fairfax, Virginia 22030
Voice: (703) 268-5600
Facsimile: (703) 268-5602

Kenneth T. Cuccinelli, II
Ktc21968@gmail.com
13881 Jordan Meadows Lane
Nokesville, Virginia 20181
(804) 286-2550
*Counsel for Plaintiffs*

Dated: December 7, 2021