# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW S. CLYDE, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>WILLIAM J. WALKER, *et al.*,<br><br>          *Defendants*. | Case No. 1:21-cv-01605-TJK |

## RESPONSE TO PLAINTIFFS' MOTION FOR HEARING

On December 7, 2021, Plaintiffs Congressmen Andrew S. Clyde, Louie Gohmert, and Lloyd Smucker filed a motion for a hearing on Defendants William J. Walker and Catherine Szpindor's motion to dismiss. Defendants file this response because counsel for Plaintiffs did not confer with counsel for Defendants regarding their motion as required by Local Rule 7(m).

Defendants respectfully submit that a hearing on the motion to dismiss is unnecessary. The facts and legal arguments are fully presented in the briefing, and a straightforward application of D.C. Circuit precedent requires that the complaint be dismissed. But if the Court has questions or concerns, Defendants would welcome the opportunity to address them at a hearing.

                Respectfully submitted,

                /s/ *Douglas N. Letter*
                Douglas N. Letter (D.C. Bar No. 253492)
                *General Counsel*
                Todd B. Tatelman (VA Bar No. 66008)
                Eric R. Columbus (D.C. Bar No. 487736)
                Stacie M. Fahsel (D.C. Bar. No. 1034314)
                OFFICE OF GENERAL COUNSEL
                U.S. HOUSE OF REPRESENTATIVES
                5140 O'Neill House Office Building
                Washington, D.C. 20515
                (202) 225-9700
                Douglas.Letter@mail.house.gov

                *Counsel for Defendants William J. Walker and Catherine Szpindor*

December 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2021, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

/s/ Douglas N. Letter
Douglas N. Letter