# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff

vs.                                    Civil Action No._____

_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _____ day of _____, 20_____, that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _____ day of _____, 20___

in favor of

against said

_____
Attorney or Pro Se Litigant

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**  Please mail copies of the above Notice of Appeal to the following at the addresses indicated: