UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Andrew Clyde, Louie Gohmert, Lloyd Smucker
Plaintiff

vs.

Civil Action No. 21-1605 (TJK)

William Walker, Catherine Szpindor
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 29 day of August, 20 22, that Plaintiffs Andrew Clyde, Louie Gohmert, and Lloyd Smucker hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 1st day of August, 20 22 in favor of Defendants William Walker and Catherine Szpindor against said Plaintiffs.

Earl N. "Trey" Mayfield
Attorney or Pro Se Litigant

Juris Day, PLLC
10521 Judicial Dr., #200
Fairfax, VA 22030
703-268-5600

Address and Phone Number

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party.)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

DOUGLAS N. LETTER
General Counsel
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O' Neill House Office Building
Washington, DC 20515
(202) 225-9700
douglas.letter@mail.house.gov