**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ANDREW S. CLYDE et al., | |
| *Plaintiffs*, | |
| v. | No. 1:21-cv-01605-TJK |
| WILLIAM J. WALKER et al., | |
| *Defendants*. | |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Pursuant to Local Rule 83.6(b), I, Douglas N. Letter, currently listed as counsel for Defendants William J. Walker and Catherine Szpindor in the above-captioned case, withdraw my appearance as counsel.  I am leaving my position in the Office of General Counsel.  Please remove my name from the case docket and the electronic filing system.  The Defendants will continue to be represented by the other attorney who has entered an appearance in this matter.

Respectfully submitted,

*/s/ Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*

Office of General Counsel
U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

January 3, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2023, I caused the foregoing Notice of Withdrawal as

Counsel to be filed via the CM/ECF system for the U.S. District Court for the District of

Columbia, which I understand caused a copy to be served on all registered parties.


/s/ Douglas N. Letter
Douglas N. Letter